**Opinion issued February 19, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00844-CV

———————————

## IN RE A.B., Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

On October 13, 2025, relator A.B. filed a petition for writ of mandamus, seeking to vacate or modify the trial court's temporary order in suit to modify the parent child relationship.[1] We abated and referred to mediation. On February 4,

---

[1] The underlying case is *In the Interest of A.M.M. and C.M.M., Minor Children*, cause number 116340-F, pending in the 461st District Court of Brazoria County, Texas, the Honorable Patrick Bulanek, Presiding Judge, and the Honorable Gregory L. Donnell, Associate Judge, presiding.

2026, relator filed an unopposed motion to dismiss this mandamus proceeding, informing the Court that the parties had settled.

Accordingly, we grant relator's motion and reinstate and dismiss the petition for writ of mandamus. We also dismiss all other pending motions as moot.


**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Johnson.